# Court of Appeals
# of the State of Georgia

ATLANTA,   August 14, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2271.  MELANIE HOWTON GRUNER v. CITY OF MCDONOUGH, GEORGIA.

On March 7, 2012, the trial court entered an order dismissing Melanie Gruner's notice of appeal.  On June 4, 2012, Gruner filed a pro se notice of appeal from the order of dismissal.   We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days after entry of an appealable order. Gruner filed her notice of appeal 89 days after the trial court entered the order that she seeks to appeal.  Thus, this appeal is untimely and is DISMISSED for lack of jurisdiction.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/14/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*

---

[1] If, as Gruner claims, her appeal rights have been frustrated due to the trial court's failure to notify her of its March 7, 2012, order, her remedy is to seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).